January 18, 2018



# JUDGMENT

## The Fourteenth Court of Appeals

ALBERTO J. CELARIE, Appellant

NO. 14-17-00789-CR          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.